**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| MBA Construction Company,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> Purity Oilfield Services, LLC,  ) <br> ) <br> Defendant.  ) | **ORDER ADOPTING STIPULATION FOR DISMISSAL** <br><br> Case No. 4:13-cv-159 |

Before the court is a "Stipulation for Dismissal without Prejudice" filed February 6, 2014.

The court **ADOPTS** the stipulation (Docket No. 16) and **ORDERS** the above-captioned case **DISMISSED WITHOUT PREJUDICE** and without costs or fees to either party.

Dated this 7th day of February, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court