# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| MBA Construction Company, | ) |
| Plaintiff, | ) **ORDER ADOPTING STIPULATION** |
| | ) **FOR DISMISSAL** |
| vs. | ) |
| Purity Oilfield Services, LLC, | ) |
| | ) Case No. 4:13-cv-159 |
| Defendant. | ) |

Before the court is a "Stipulation for Dismissal without Prejudice" filed February 6, 2014.

The court **ADOPTS** the stipulation (Docket No. 16) and **ORDERS** the above-captioned case

**DISMISSED WITHOUT PREJUDICE** and without costs or fees to either party.

Dated this 7th day of February, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court